# Ogletree Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone:  212-492-2500
Facsimile:   212-492-2501
www.ogletree.com

Kelly M. Cardin
212-492-2067
kelly.cardin@ogletree.com

December 20, 2023

**VIA ECF & ELECTRONIC MAIL**
The Honorable John P. Cronan
US District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
CronanNYSDChambers@nysd.uscourts.gov

> The request is granted. Defendants may file their anticipated Motion to Dismiss by January 12, 2024. Plaintiff may respond by January 19, 2024, and Defendants may reply by January 26, 2024.
>
> SO ORDERED
> December 27, 2023
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:   *Clark v. CooperFriedman Electric Supply Co., Inc., et al.*
       Case No.  1:23-cv-07806-JPC

Dear Judge Cronan:

We represent Defendants CooperFriedman Electric Supply Co., Inc. d/b/a Cooper Power Systems and Cooper Electric Supply Co. ("Defendants") in the above-referenced matter. We respectfully write to request an extension of Defendants' time to file our Motion to Dismiss from December 29, 2023, to January 12, 2024, in light of the approaching holidays and travel arrangements. We ask that Plaintiff's opposition be due on or before January 19, 2024, and Defendant's reply be due on or before January 26, 2024. This is Defendants' first request for an extension. Plaintiff does not oppose this request.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By: *s/ Kelly M. Cardin*
        Kelly M. Cardin

cc:      All counsel of record (via ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

59718362.v1-OGLETREE