# Ogletree Deakins

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
*Attorneys at Law*
599 Lexington Avenue
New York, New York
Telephone: 21
Facsimile: 21
www.ogletree.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/22/2024__

**MEMO ENDORSED**

Thomas L. Bellifemine
(973) 385-1806
thomas.bellifemine@ogletree.com

> Application GRANTED. The conference previously scheduled for September 5, 2024, is ADJOURNED *sine die*. No later than **September 20, 2024**, the parties must file a joint status letter advising the Court of their settlement efforts and proposing dates for an initial conference.
> **SO ORDERED.**
>
> *[signature]*
>
> **Barbara Moses**
> **United States Magistrate Judge**
> **August 22, 2024**

**VIA ECF**
Magistrate Judge Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl St.
New York, NY  10007-1312

Re:   *Clark v. CooperFriedman Electric Supply Co., Inc., et al*
<u>Case No. 1:23-cv-07806-JPC</u>

Dear Judge Moses:

We represent Defendant CooperFriedman Electric Supply Co., Inc. d/b/a Cooper Power Systems ("Defendant") in the above-referenced matter, and write with the consent of Plaintiff to request an adjournment of the initial case management conference currently scheduled for September 5, 2024. The parties have met and conferred as required by Rule 26(f), and have agreed to participate in private mediation. We intend to engage in limited pre-mediation discovery to aid in resolving the matter, and have already agreed on a mediator to employ. To that end, the parties are in the process of scheduling the mediation and can advise the Court once a date is set (which we anticipate finalizing in the next two weeks).

We thank Your Honor for Your consideration in this matter.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: <u>*/s/ Thomas L. Bellifemine, Esq.*</u>
     Thomas L. Bellifemine, Esq.

cc:  All counsel of record (via ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

63792877.v1-OGLETREE