**PELTON GRAHAM LLC**
Brent E. Pelton
Taylor B. Graham
111 Broadway, Suite 1503
New York, NY 10006
(212) 385-9700

*Attorneys for Plaintiff and the Settlement Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOHN R. CLARK, Individually and on Behalf of All Putative Class Members,**<br><br>                              **Plaintiff,**<br><br>-against-<br><br>**COOPERFRIEDMAN ELECTRIC SUPPLY CO., INC. D/B/A COOPER POWER SYSTEMS and COOPER ELECTRIC SUPPLY CO., Jointly and Severally,**<br><br>                              **Defendants.** | **Case No.: 23-cv-07806-JPC-BCM** |

### NOTICE OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND FOR APPROVAL OF CLASS COUNSEL'S FEES AND COSTS

PLEASE TAKE NOTICE that, upon the annexed declaration of Brent E. Pelton, Esq., sworn to September 19, 2025, the exhibits annexed thereto, the annexed declaration of William Argueta for CPT Group, Inc., the exhibits annexed thereto, the accompanying memorandum of law in support of the Plaintiff's motion for final approval of the settlement agreement ("Motion for Final Approval"), and all the pleadings and proceedings heretofore had herein, the undersigned moves this Court, before the Honorable John P. Cronan, United States District Judge, in the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New

1

York, New York 10007, for an Order:

(1) granting final approval of the NYLL class settlement reached by the parties in this action as embodied in their Settlement Agreement and Release (Dkt. No. 56-2);

(2) granting a service award to the Named Plaintiff in the amount of $3,000.00, in recognition of the services he rendered on behalf of the class;

(3) awarding Class Counsel's attorneys' fees and costs of 33.33% of the Gross Settlement Amount (i.e., $99,990.00);

(4) awarding Settlement Administrator's fees of $10,250.00; and

(5) granting any such other and further relief as the Court may deem just and proper.

For the Court's convenience, attached as **Exhibit C** to the Declaration of Brent E. Pelton, please find Plaintiff's [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF CLASS COUNSEL'S FEES AND COSTS.

Dated:  New York, New York
September 19, 2025

Respectfully submitted,

**PELTON GRAHAM LLC**

By: /s/*Brent E. Pelton*
Brent E. Pelton
Taylor B. Graham
111 Broadway, Suite 1503
New York, New York 10006
Telephone: (212) 385-9700
Facsimile:  (212) 385-0800

*Attorneys for Plaintiff and the Settlement Class*