UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                  :

JOHN R. CLARK, *individually and on behalf of all*    :
*putative class members*,
                                                  :

                Plaintiff,                :

          -v-                  :              23 Civ. 7806 (JPC)
                                                  :
COOPERFRIEMAN ELECTRIC SUPPLY CO., INC.  :              ORDER
d/b/a COOPER POWER SYSTEMS and COOPER
ELECTRIC SUPPLY CO.,                                :

                Defendants.            :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On September 19, 2025, Plaintiff John R. Clark moved for final approval of the proposed settlement and approval of class counsel's fees and costs. Dkt. 63. A fairness hearing regarding the proposed settlement and class counsel's fees and costs is scheduled for October 6, 2025 at 10:0) a.m.

        The Class Action Fairness Act ("CAFA") requires that, "[n]ot later than 10 days after a proposed settlement of a class action is filed in court, each defendant that is participating in the proposed settlement shall serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement." 28 U.S.C. § 1715(b). CAFA further provides that "[a]n order giving final approval of a proposed settlement may not be issued earlier than 90 days after the later of the dates on which the appropriate Federal official and the appropriate State official are served with the notice." *Id.* § 1715(d).

        At the fairness hearing, the parties should be prepared to discuss the status of any notice provided to the relevant State and Federal officials. To the extent that no such notice has been

given, Defendants should also be prepared to discuss their plans to issue appropriate notice and its impact on the Court's ability to approve the settlement at this time.

SO ORDERED.

Dated: October 4, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge