UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOHN R. CLARK, *individually and on behalf of all* :
*putative class members*, :
:
Plaintiffs, :
:
-v- : 23 Civ. 7806 (JPC)
:
COOPERFRIEDMAN ELECTRIC SUPPLY CO., INC. : <u>ORDER</u>
d/b/a COOPER POWER SYSTEMS and COOPER :
ELECTRIC SUPPLY CO., :
:
Defendants. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

John R. Clark ("Named Plaintiff") and the class certified for settlement purposes (the "Settlement Class") (collectively, "Plaintiffs") move for final approval of a proposed settlement (the "Settlement"), as reflected in a settlement agreement (the "Settlement Agreement"), Dkt. 56-2, with Defendants CooperFriedman Electronic Supply Co., Inc. d/b/a Cooper Power Systems and Cooper Electric Supply Co.[1] Dkt. 63 ("Motion for Final Approval"). Plaintiffs further seek an award of attorneys' fees and costs to their counsel ("Class Counsel"), a service payment to Named Plaintiff, and a reimbursement for services of the administrator of the Settlement (the "Claims Administrator"). *Id.* Defendant does not oppose the Motion for Final Approval, including Plaintiffs' requests for attorneys' fees and costs, a service award, and reimbursement to the Claims Administrator.

---

[1] CooperFriedman Electric Supply Co., Inc. represents that it now operates under the name of the other named Defendant, Cooper Electric Supply Co. *E.g.*, Dkt. 44 (Answer) ¶ 23. The Court thus refers herein to the two named Defendants collectively as "Defendant."

On June 10, 2025, the Court granted preliminary approval of the Settlement and certified the Settlement Class. Dkt. 62 ("Preliminary Approval Order"). The Court then held fairness hearings on October 6, 2025, and October 14, 2025. Upon consideration of all papers filed in this matter, as well as all proceedings in this case, and for the reasons more fully explained at the fairness hearing on October 14, 2025, the Court finds and orders as follows:

1. This Court has jurisdiction over the subject matter of this case and over all settling parties hereto, including all members of the Settlement Class.

2. The Court grants final approval of the Settlement on behalf of Named Plaintiff and the Settlement Class, as memorialized in the Settlement Agreement. The Court finds that, pursuant to Federal Rule of Civil Procedure 23(e), the Settlement is fair, reasonable, and adequate in light of the factual, legal, practical and procedural considerations raised by this lawsuit, and that approval is in the best interest of the Settlement Class. The Court also finds that the considerations set forth in *City of Detroit v. Grinnell Corp.*, 495 F.2d 448, 463 (2d Cir. 1974), *abrogated on other grounds by Goldberger v. Integrated Res., Inc.*, 209 F.3d 43 (2d Cir. 2000), (the "*Grinnell* factors") have been satisfied.

3. The Court-approved notice packages, Dkt. 61-1; *see* Preliminary Approval Order, were mailed in conformity with the Preliminary Approval Order satisfying the requirements of Rule 23(c)(2)(B) and due process, and constituted the best notice practicable under the circumstances. The Court finds that the notice was clearly designed to advise the members of the potential class of their rights.

4. The Court finds that Defendant has complied adequately with the notice provisions of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").

5. The Settlement Agreement shall be deemed incorporated herein and shall be consummated in accordance with the terms thereof.

6. The Claims Administrator shall distribute the Qualified Settlement Fund ("Settlement Fund"), as defined in the Settlement Agreement, in accordance with the terms of the Settlement Agreement.

7. Class Counsel's application for attorneys' fees in the amount of $94,957.50, and request for reimbursement of costs in the amount $5,032.50 is granted. These fees and costs shall be paid from the Settlement Fund.

8. For services rendered on behalf of the Settlement Class, Named Plaintiff shall be awarded a service payment in the amount of $3,000, payable from the Settlement Fund.

9. In accordance with the Settlement Agreement, the Claims Administrator shall begin issuing settlement payments to the members of the Settlement Class no later than twenty calendar days after the date of this Order.

10. The Court finds reasonable, and approves, fees and expenses for the Claims Administrator up to $10,250, payable from the Settlement Fund.

11. This Order shall constitute a judgment for purposes of Federal Rule of Civil Procedure 58.

12. Without affecting the finality of this judgment, this Court shall retain continuing exclusive jurisdiction over the parties and all matters relating to this case and/or the Settlement, including the consummation, interpretation, and implementation of the Settlement.

13. Neither this Order nor the Settlement Agreement, or any and all negotiations, documents and discussions associated with them shall be deemed or construed to be an admission or evidence of any violation of any statute or law, of any liability or wrongdoing by Defendant, or

the truth of any of the claims or allegations contained in the Complaint or any other pleading or document, nor shall the Settlement be used or referred to in any subsequent motion for class certification as against Defendant.

14. This Order shall be a final order and judgment pursuant to Federal Rule of Civil Procedure 54(b). The direction of the entry of final judgment pursuant to Rule 54(b) is appropriate and proper because this judgment fully and finally adjudicates the claims of Named Plaintiff and the Settlement Class in this case, allows consummation of the Settlement, and will expedite the distribution of the Settlement proceeds to the members of the Settlement Class.

15. This action is dismissed with prejudice. The Clerk of Court is respectfully directed to enter judgment and to close this case.

SO ORDERED.

Dated: October 14, 2025
New York, New York

JOHN P. CRONAN
United States District Judge