**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOHN R. CLARK, *individually and on behalf of all putative class members*,

                    Plaintiffs,
     -against-                                   23 **CIVIL** 7806 (JPC)

                                                      **JUDGMENT**

COOPERFRIEDMAN ELECTRIC SUPPLY CO.,
INC. d/b/a COOPER POWER SYSTEMS and
COOPER ELECTRIC SUPPLY CO.,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 14, 2025, the Court grants final approval of the Settlement on behalf of Named Plaintiff and the Settlement Class, as memorialized in the Settlement Agreement. Class Counsels application for attorneys fees in the amount of $94,957.50, and request for reimbursement of costs in the amount $5,032.50 is granted. These fees and costs shall be paid from the Settlement Fund. For services rendered on behalf of the Settlement Class, Named Plaintiff shall be awarded a service payment in the amount of $3,000, payable from the Settlement Fund. The Court finds reasonable, and approves, fees and expenses for the Claims Administrator up to $10,250, payable from the Settlement Fund. This action is dismissed with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

       October 15, 2025

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**